STATE OF CONNECTICUT *v.* JAMES BIGGS
(15438)

Foti, Lavery and Landau, Js.

Argued May 30—officially released July 2, 1996

Per Curiam. The judgment is affirmed.

FIRST COMMERCE OF AMERICA, INC. *v.* ANGUS L.
MCDONALD ET AL.
(15493)

O'Connell, Schaller and Spear, Js.

Argued May 30—officially released July 2, 1996

Per Curiam. The judgment is affirmed and the case
is remanded for the purpose of setting new law days.

JAMES HARTRANFT ET AL. *v.* MICHAEL
GALLAS ET AL.
(14657)

Schaller, Hennessy and Cretella, Js.

Argued June 4—officially released July 2, 1996

Per Curiam. The judgment is affirmed.